**United States Bankruptcy Court**
**District of Massachusetts**

## AMENDED CHAPTER 13 PLAN

Filing Date: **February 2, 2016**            Docket #: **15-bk-41743**

Debtor: **Imparato, John P.**              Co-Debtor:

SS#: **9344**                    SS#:

Address: **11 Chase St**              Address:

**Bellingham, MA  02019-1208**          ,


Debtor's Counsel:

**Benner & Weinkauf, P.C.**
**33 Samoset Street**
**Plymouth, MA  02360-4551**

**(508) 746-8030**

**(866) 227-4592**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

UNLESS OTHERWISE ORDERED BY THE COURT, ANY OBJECTION TO CONFIRMATION OF A CHAPTER 13 PLAN SHALL BE FILED ON OR BEFORE THE LATER OF (i) THIRTY (30) DAYS AFTER THE DATE ON WHICH THE FIRST SECTION 341 MEETING IS HELD OR (ii) THIRTY (30) DAYS AFTER SERVICE OF AN AMENDED OR MODIFIED PLAN.

**United States Bankruptcy Court**

**District of Massachusetts**

# AMENDED CHAPTER 13 PLAN

Docket No.: **15-bk-41743**

DEBTOR(S):  (H) **Imparato, John P.**                              SS# **9344**
                    (W)                                                              SS#

**I. PLAN PAYMENT AND TERM:**

Debtor(s) shall pay monthly to the Trustee the sum of $ **375.00** for the term of:

[ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

[ ] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

[X] 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause: The Debtor(s) is hereby required to extend the Plan to 60 months due to income constraints that would make a shorter Plan unfeasible.

[ ] ____ Months. The Debtor states as reasons therefore:

**II. SECURED CLAIMS:**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Nationstar Mortgage Ll** | Mortgage  11 Chase St 2007-03-01 | 16,695.76 |
| | Total of secured claims to be paid through the Plan: $ | **16,695.76** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Credit Acceptance** | 2005 Chevy Uplander 2013-04-01 |
| **Nationstar Mortgage Ll** | Mortgage  11 Chase St 2007-03-01 |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:

**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the Plan are_____.

### III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total of Priority Claims to Be Paid Through the Plan: $_____**0.00**

### IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **3,500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

### V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **49.45**% of their claims.*

A. General unsecured claims: $_____**109.68**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | Total of A + B + C unsecured claims: $ | **109.68** |

D. Multiply total by percentage**: $ 54.24**.

(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total amount of separately classified claims payable at **100**%: $ | **0.00** |

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:

**\*This is a pot plan.  The payments made hereunder are constant.  The stated dividend is only an estimate.  If the amount of allowed unsecured claims differs from the amount in Part V, the percentage dividend shall be automatically adjusted to accommodate the difference.**

## VII. CALCULATION OF PLAN PAYMENT:

| | |
|---|---|
| A. Secured claims (Section I-A Total): | $ **16,695.76** |
| B. Priority claims (Section II-A & B Total): | $ **0.00** |
| C. Administrative claims (Section III-A & B Total): | $ **3,500.00** |
| D. Regular unsecured claims (Section IV-D Total): + | $ **54.24** |
| E. Separately classified unsecured claims: | $ **0.00** |
| F. Total of a + b + c + d + e above: | $ **20,250.00** |
| G. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ **22,500.00** |

(This represents the total amount to be paid into the Chapter 13 Plan)

H. Divide (G), Cost of Plan by, Term of Plan, **60** months

I. Round up to nearest dollar: Monthly Plan Payment:                                                                    $ **375.00**

(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **11 Chase St** | **295,000.00** | **308,749.00** |

Total Net Equity for Real Property:   $_____**0.00**

Less Total Exemptions (Schedule C):   $_____**0.00**

Available Chapter 7:   $_____**0.00**

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| **1995 Dodge 1500 pickup** | **500.00** | **0.00** | **500.00** |
| **2002 Dodge Stratus (son drives and pays** | **175.00** | **0.00** | **175.00** |
| **2005 Chevy Uplander expenses)** | **1,450.00** | **4,467.00** | **0.00** |

Total Net Equity:   $_____**675.00**

Less Total Exemptions (Schedule C):   $_____**675.00**

Available Chapter 7:   $_____**0.00**

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value:   $_____**7,185.00**

Less Exemptions (Schedule C):   $_____**7,185.00**

Available Chapter 7:   $_____**0.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **0.00**.

E. Additional Comments regarding Liquidation Analysis:

**IX. SIGNATURES**

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

| **/s/ Thomas Benner** | **February 2, 2016** |
|---|---|
| Debtor's Attorney | Date |

Attorney's Address:
**Benner & Weinkauf, P.C.
33 Samoset Street
Plymouth, MA 02360-4551**

Tel. # **(508) 746-8030**  Email Address: **tbenner@tbennerlaw.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

| | |
|---|---|
| */s/ John P. Imparato* | **February 2, 2016** |
| Debtor | Date |
| | **February 2, 2016** |
| Debtor | Date |

## CERTIFICATE OF SERVICE

      I, Thomas C. Benner, counsel for the above-named Debtor, certify that on February 2, 2016, a true and accurate copy of the foregoing Amended Chapter 13 Plan was served on the following parties via first class mail, postage pre-paid or electronically.

By electronic mail using Court's CM/ECF system:

Richard King, Office of the United States Trustee
Denise M. Pappalardo, Chapter 13 Trustee

By regular mail, postage pre-paid:

John P. Imparato
11 Chase St
Bellingham, MA 02019


Attached list of service recipients.


    **/s/ Thomas C. Benner**
Thomas C. Benner
Benner & Weinkauf
33 Samoset Street
Plymouth, MA 02360
508-746-8030
Fax : 866-227-4592
BBO#655483
tbenner@tbennerlaw.com

CH Neurology Foundation, Inc.
55 Pond Ave Ste 103
Brookline, MA  02445-7170

CMRE Financial Services
3075 E Imperial Hwy Ste
Brea, CA 92821-6753

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Chestnut Dental Associat
100 Cummings Ctr Ste 309
Beverly, MA  01915-6115

Comcast
4120 International Pkwy
Carrollton, TX  75007-1957

Comenitycapital/gmstop
PO Box 182120
Columbus, OH  43218-2120

Credit Acceptance
PO Box 513
Southfield, MI  48037-0513

Delta-WYE Federal Credit Union
256 Freeport St
Dorchester, MA 02122-2846

Delta-WYE Federal Credit Union
c/o Timothy Blake Pressey
191 Merrimack St Ste 512
Haverhill, MA  01830-6122

Midland Credit Management
2365 Northside Dr
San Diego, CA  92108-2709

Milford Regional Med Center, Inc.
14 Prospect St
Milford, MA  01757-3003

Milford Regional Med Center, Inc.
c/o Peter Roberts & Associates, Inc.
231 E Main St Ste 201
Milford, MA  01757-2821

Milford Regional Medical Center
PO Box 190
Milford, MA  01757-0190

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Peter Roberts & Associates, Inc.
219 E Main St
Milford, MA  01757-2823

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Southboro Medical Group/Reliant
327 West St
Milford, MA  01757-1257

Southboro Medical Group/Reliant
c/o Peter Roberts & Associates, Inc.
231 E Main St Ste 201
Milford, MA  01757-2821

Staffier Associates Inc
73 Field St
Waterbury, CT  06702-1906

Staffier Associates Inc
c/o American Adjustment Bureau PO
PO Box 150447 Box 150447
Hartford, CT  06115-0447

CREDIT ACCEPTANCE
25505 W. 12 MILE RD.
SUITE &#035; 3000
SOUTHFIELD, MI 48034

Nationstar Mortgage LLC
PO Box 619096
Dallas TX 752619741

(d)Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX  75067-4177